Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−19208−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Iorio
   14 Asbury Avenue
   Farmingdale, NJ 07727

Social Security No.:
   xxx−xx−3013

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/24/19 at 09:00 AM

to consider and act upon the following:

*19* − Notice of Request for Loss Mitigation re:DiTech, filed by George E Veitengruber III on behalf of Anthony Iorio. Objection deadline is 07/1/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Veitengruber, George)

Dated: 6/18/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 19-19208-KCF
Anthony Iorio                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1            Date Rcvd: Jun 18, 2019
                             Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
```
db             +Anthony Iorio,    14 Asbury Avenue,    Farmingdale, NJ 07727-1203
aty            +Jessica Gavin,    KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm              ##+DITECH FINANCIAL LLC,    7360 South Kyrene Road,    Tempe, AZ 85283-4583
                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              George E Veitengruber, III    on behalf of Debtor Anthony  Iorio bankruptcy@veitengruberlaw.com,
               knapolitano15@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL, LLC. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```