Order Filed on December 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Anthony Iorio

Case No.:    19-19208

Chapter:    13

Hearing Date:    

Judge:    Michael B. Kaplan

## ORDER VACATING

#36  Order Granting Motion For Relief From Stay re: 14 Asbury Avenue, Farmingdale, NJ, 07727

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#36  Order Granting Motion For Relief From Stay re: 14 Asbury Avenue, Farmingdale, NJ, 07727

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____, be and the same is hereby vacated.

*revised 2/25/14*