UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49698
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

**Order Filed on April 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
ANTHONY IORIO

Case No.: 19-19208

Adv. No.:

Hearing Date: 3-3-20

Judge:  MBK

# ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 3, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Anthony Iorio
19-19208(MBK)
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make Adequate Protection Payments to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto**
Page 2

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, with the appearance of James Milano, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto:** The trustee shall pay Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto the sum of $22,436.83 over 60 months (being the net loan balance of $16,715.72 with interest at 12.25% for 60 months).

2. **Adequate protection payments:** The Chapter 13 Trustee shall make adequate protection payments to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in the amount of $336 per month.

3. **Commencement and frequency of adequate protection payments:** Adequate protection payments shall be made monthly, each month to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto commencing in June of 2019.

4. **Duration of adequate protection payments:** Adequate protection payments shall be made monthly to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto until all counsel fees have been paid and regular distributions begin to be made to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.  If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto until the remaining counsel fees have been paid.

5. **Lien retention:** Wells Fargo shall retain its lien on the vehicle until it is paid in full through the plan with contract rate of interest and the debtor completes the plan and receives a discharge.