UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44807
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for AmeriCredit Financial Services, Inc., d/b/a GM Financial

**Order Filed on April 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY IORIO

Case No.: 19-19208

Adv. No.:

Hearing Date: 2-18-19

Judge: MBK

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 21, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Anthony Iorio
19-19208(MBK)
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
Page 2

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., d/b/a GM Financial, with the appearance of George Veitengruber, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor, his attorney and the non-filing co-debtor, Kelli Foster under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., d/b/a GM Financial is the holder of a first purchase money security interest encumbering a 2014 JEEP CHEROKEE bearing vehicle identification number 1C4PJLDS4EW160251 (hereinafter the "vehicle").

2. The debtor shall make all retail installment contract payments to AmeriCredit Financial Services, Inc., d/b/a GM Financial when due, being the 19th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive stay relief as to the debtor and non-filing co-debtor, Kelli Foster to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor, his attorney and the non-filing co-debtor.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive as to the debtor and non-filing co-debtor, Kelli Foster to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtor, his attorney and the non-filing co-debtor.

4. The debtor shall pay to AmeriCredit Financial Services, Inc., d/b/a GM Financial through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Iorio  
    Debtor

Case No. 19-19208-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 22, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.  
db        +Anthony Iorio,    14 Asbury Avenue,    Farmingdale, NJ 07727-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:  
          Albert Russo    docs@russotrustee.com  
          Aleisha Candace Jennings    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing  
           ajennings@rasflaw.com  
          Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL, LLC. nj.bkecf@fedphe.com  
          Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL, LLC. dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          George E Veitengruber, III    on behalf of Debtor Anthony  Iorio bankruptcy@veitengruberlaw.com,  
           knapolitano15@gmail.com  
          John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM  
           Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto  
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL, LLC. rsolarz@kmllawgroup.com  
          Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL, LLC. nj.bkecf@fedphe.com,  
           nj.bkecf@fedphe.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                              TOTAL: 10