Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 19−19208−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Iorio  
   14 Asbury Avenue  
   Farmingdale, NJ 07727

Social Security No.:  
   xxx−xx−3013

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        9/15/20  
Time:        01:00 PM  
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
George E Veitengruber III, Debtor's Attorney

COMMISSION OR FEES  
FEES $4,350.00

EXPENSES  
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 19, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                       Case No. 19-19208-MBK
Anthony Iorio                                                Chapter 13
        Debtor

                              CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2            Date Rcvd: Aug 19, 2020
                               Form ID: 137             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db             +Anthony Iorio,   14 Asbury Avenue,    Farmingdale, NJ 07727-1203
aty           #+Jessica Gavin,   KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
cr             +DITECH FINANCIAL, LLC.,   Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,   1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
518228687      +Alexis Panicali & Nathan Trotta,   15 Academy Street,   Farmingdale, NJ 07727-1201
518352316      #Ditech Financial LLC,   PO Box 12740,   Tempe, AZ 85284-0046
518228690     #+KML Law Group PC,   Sentry Office Plaza,   216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
518228691      +Monmouth County Sheriff's Office,   2500 Kozloski Road,   Freehold, NJ 07728-4424
518342898      +Nathan Trotta,   Alexis Panicali,   15 Academy Street,   Farmingdale, NJ 07727-1201
518756724       NewRez LLC d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10826,   Greenville, SC 29603-0826
518756725       NewRez LLC d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10826,   Greenville, SC 29603-0826,
                 NewRez LLC d/b/a Shellpoint Mortgage Ser,   P.O. Box 10826,   Greenville, SC 29603-0826
518228692     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   NJ Division of Taxation,   Bankruptcy Section,   P.O. Box 245,
                 Trenton, NJ 08695)
518348342      +VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
518311089      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,   PO Box 130000,   Raleigh NC 27605-1000
518284912      +Wells Fargo Dealer Services,   POB 168048,   Irving, TX 75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 23:26:27     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 23:26:26     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 19 2020 23:26:06
                 AmeriCredit Financial Services, Inc. dba GM Financ,   4000 Embarcadero Drive,
                 Arlington, TX 76014-4101
518300212       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 19 2020 23:26:06
                 AmeriCredit Financial Services, Inc.,   dba GM Financial,   P O Box 183853,
                 Arlington, TX 76096
518259534      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2020 23:36:37
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518284911      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 19 2020 23:26:06     GM Financial,
                 801 Cherry St,   Ste 3600,   Fort Worth, TX 76102-6855
518228689      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 19 2020 23:26:01     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
518246279       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 23:35:26     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518284913      +E-mail/PDF: pa_dc_claims@navient.com Aug 19 2020 23:36:31     Navient Private Loan Trust,
                 POB 9640,   Wilkes Barre, PA 18773-9640
518261362      +E-mail/Text: bncmail@w-legal.com Aug 19 2020 23:26:32     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
518284914      +E-mail/Text: bankruptcy@sw-credit.com Aug 19 2020 23:26:28     South west Credit System,
                 4120 International Pkwy #1100,   Carrollton, TX 75007-1958
518343429      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2020 23:35:28     Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +DITECH FINANCIAL LLC,   7360 South Kyrene Road,   Tempe, AZ 85283-4583
518867146*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc.,   dba GM Financial,
                 P O Box 183853,   Arlington, TX 76096)
518377496*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Department of Treasury,
                 Division of Taxation,   P.O. Box 245,   Trenton, NJ 08695-0245)
518228688     ##+Ditech Financial LLC,   7360 South Kyrene Road,   Tempe, AZ 85283-4583
                                                                               TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3            User: admin              Page 2 of 2                Date Rcvd: Aug 19, 2020
                                Form ID: 137             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:

```
          Albert    Russo     docs@russotrustee.com
          Aleisha Candace Jennings     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           ajennings@rasflaw.com
          Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL, LLC. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL, LLC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          George E Veitengruber, III    on behalf of Debtor Anthony   Iorio bankruptcy@veitengruberlaw.com,
           knapolitano15@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL, LLC. rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL, LLC. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 10
```