Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−19208−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Iorio
   14 Asbury Avenue
   Farmingdale, NJ 07727

Social Security No.:
   xxx−xx−3013

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 1, 2020.

On September 24, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                 October 28, 2020
Time:               10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 24, 2020
JAN: wdr

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 19-19208-MBK
Anthony Iorio                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: Sep 24, 2020
                              Form ID: 185               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.
```
db              +Anthony Iorio,    14 Asbury Avenue,    Farmingdale, NJ 07727-1203
aty            #+Jessica Gavin,    KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
cr              +DITECH FINANCIAL, LLC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
cr              +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
518228687       +Alexis Panicali & Nathan Trotta,    15 Academy Street,    Farmingdale, NJ 07727-1201
518352316       #Ditech Financial LLC,    PO Box 12740,    Tempe, AZ 85284-0046
518228690      #+KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
518228691       +Monmouth County Sheriff's Office,    2500 Kozloski Road,    Freehold, NJ 07728-4424
518342898       +Nathan Trotta,    Alexis Panicali,    15 Academy Street,    Farmingdale NJ 07727-1201
518756724        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
518756725        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
518228692      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,    Bankruptcy Section,    P.O. Box 245,
                 Trenton, NJ 08695)
518348342       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
518311089       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
518284912       +Wells Fargo Dealer Services,    POB 168048,    Irving, TX 75016-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2020 00:15:46     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2020 00:15:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 25 2020 00:15:20
                 AmeriCredit Financial Services, Inc. dba GM Financ,    4000 Embarcadero Drive,
                 Arlington, TX 76014-4101
518300212        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 25 2020 00:15:20
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518259534       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2020 00:21:15
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518284911       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 25 2020 00:15:20     GM Financial,
                 801 Cherry St,    Ste 3600,    Fort Worth, TX 76102-6855
518228689       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 25 2020 00:15:17     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
518246279        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 00:21:46     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518284913       +E-mail/PDF: pa_dc_claims@navient.com Sep 25 2020 00:21:40     Navient Private Loan Trust,
                 POB 9640,    Wilkes Barre, PA 18773-9640
518946833       +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Sep 25 2020 00:14:53
                 Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO Box 8961,
                 Madison, WI 53708-8961
518261362       +E-mail/Text: bncmail@w-legal.com Sep 25 2020 00:15:50     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518284914       +E-mail/Text: bankruptcy@sw-credit.com Sep 25 2020 00:15:46     South west Credit System,
                 4120 International Pkwy #1100,    Carrollton, TX 75007-1958
518343429       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2020 00:21:48     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             +DITECH FINANCIAL LLC,    7360 South Kyrene Road,    Tempe, AZ 85283-4583
518867146*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
518377496*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
518228688      ##+Ditech Financial LLC,    7360 South Kyrene Road,    Tempe, AZ 85283-4583
                                                                                      TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 24, 2020
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL, LLC. nj.bkecf@fedphe.com
              Denise E. Carlon     on behalf of Creditor    DITECH FINANCIAL, LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George E Veitengruber, III     on behalf of Debtor Anthony   Iorio bankruptcy@veitengruberlaw.com,
               knapolitano15@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    DITECH FINANCIAL, LLC. rsolarz@kmllawgroup.com
              Sherri Jennifer Smith     on behalf of Creditor    DITECH FINANCIAL, LLC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```