UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-19208 |
|---|---|---|
| Anthony Iorio | Chapter: | 13 |
| | Judge: | MBK |

## NOTICE OF PROPOSED PRIVATE SALE

_____, _____Anthony Iorio_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  U. S. Bankruptcy Court Clerk's Office
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____November 17, 2020_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____402 East State Street, Trenton, NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  14 Asbury Avenue
Farmingdale NJ 07727

Proposed Purchaser:  James O'Brien

Sale price:  350,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  George E. Veitengruber, Atty Karen Moses & Christine Smith Realtors
Amount to be paid:  $3,000.00- $5,350- $8,3650.00
Services rendered:  George E. Veitengruber-Attorney

Karen Moses-Realtor

Christine Smith-Realtor

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: George E. Veitengruber, III, Esq.

Address: 1720 Route 34 Suite 10 Wall NJ 07727

Telephone No.: 732 695 3303

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
    Anthony Iorio  
        Debtor(s)

Case No. 19-19208-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Oct 20, 2020     Form ID: pdf905     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Iorio, 14 Asbury Avenue, Farmingdale, NJ 07727-1203 |
| aty | #+ | Jessica Gavin, KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| r | + | Christine Smith, 37 beach road, monmouth beach, NJ 07750-1354 |
| cr | + | DITECH FINANCIAL, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| r | + | KAREN MOSES, 619 LAKE ROAD, 3RD FLOOR, ASBURY PARK, NJ 07712-7172 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 518228687 | + | Alexis Panicali & Nathan Trotta, 15 Academy Street, Farmingdale, NJ 07727-1201 |
| 518352316 | # | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 518228690 | #+ | KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518228691 | + | Monmouth County Sheriff's Office, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 518342898 | + | Nathan Trotta, Alexis Panicali, 15 Academy Street, Farmingdale NJ 07727-1201 |
| 518756724 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518756725 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 518228692 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 518348342 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 518311089 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518284912 | + | Wells Fargo Dealer Services, POB 168048, Irving, TX 75016-8048 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2020 21:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2020 21:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2020 21:30:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 518300212 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2020 21:30:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518259534 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2020 22:05:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518284911 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2020 21:30:00 | GM Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |

Case 19-19208-MBK    Doc 82    Filed 10/22/20    Entered 10/23/20 00:35:37    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: pdf905 | Total Noticed: 30 |

| 518228689 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Oct 20 2020 21:30:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518246279 |  | Email/PDF: resurgentbknotifications@resurgent.com Oct 20 2020 22:04:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518284913 | + | Email/PDF: pa_dc_claims@navient.com Oct 20 2020 22:05:34 | Navient Private Loan Trust, POB 9640, Wilkes Barre, PA 18773-9640 |
| 518946833 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org Oct 20 2020 21:30:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 518261362 | + | Email/Text: bncmail@w-legal.com Oct 20 2020 21:31:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518284914 | + | Email/Text: bankruptcy@sw-credit.com Oct 20 2020 21:31:00 | South west Credit System, 4120 International Pkwy #1100, Carrollton, TX 75007-1958 |
| 518343429 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2020 22:05:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | DITECH FINANCIAL LLC, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 518867146 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518377496 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518228688 | ##+ | Ditech Financial LLC, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@rasflaw.com |
| Andrew L. Spivack | |

| | |
|---|---|
| | on behalf of Creditor DITECH FINANCIAL  LLC. andrew.spivack@brockandscott.com |
| Denise E. Carlon | |
| | on behalf of Creditor DITECH FINANCIAL  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | |
| | on behalf of Debtor Anthony Iorio bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor DITECH FINANCIAL  LLC. rsolarz@kmllawgroup.com |
| Sherri Jennifer Smith | |
| | on behalf of Creditor DITECH FINANCIAL  LLC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10