Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−19208−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Iorio
   14 Asbury Avenue
   Farmingdale, NJ 07727

Social Security No.:
   xxx−xx−3013

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/17/20 at 09:00 AM

to consider and act upon the following:

**79** − Creditor's Certification of Default (related document:43 Motion for Relief from Stay re: 2014 Jeep Cherokee. Fee Amount $ 181. filed by Creditor AmeriCredit Financial Services, Inc. dba GM Financial, Motion for Relief from Co−Debtor Stay of Kelli Foster) filed by John R. Morton Jr. on behalf of AmeriCredit Financial Services, Inc. dba GM Financial. Objection deadline is 11/2/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 10/27/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court