George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)



Order Filed on November 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| In re:<br><br>Anthony Iorio<br><br>Debtor(s) | Chapter 13 Proceedings<br><br>Case No. 19-19208<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date: November 17, 2020 |
|---|---|

### ORDER AUTHORIZING
### SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: November 17, 2020**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Anthony Iorio
Case No: 19-19208 MBK
Caption of Order: Order Authorizing Sale of Real Property

After review of the Debtor's motion for authorization to sell the real property commonly known as 48 Frederick Place, Keansburg NJ 07734. (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. X In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

---

Name of professional: George E. Veitengruber, III, Esq.

Amount to be paid: $ 3,000.00

Services rendered: Attorney for the Seller


Name of professional: Karen Moses- Redfin Corporation

Amount to be paid: $5,350.00

Services rendered: Realtor for Seller


Name of professional: Christine Smith-O'Brien Realty

Amount to be paid: $8,650.00

Services rendered: Realtor for Buyer

Page 3
Debtor: Anthony Iorio
Case No: 19-19208 MBK
Caption of Order: Order Authorizing Sale of Real Property

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ __25,150.00__ claimed as exempt may be paid to the Debtor.

6. The [x] *balance of proceeds* or the [ ] *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19208-MBK |
| Anthony Iorio | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

**Recip ID        Recipient Name and Address**
db             + Anthony Iorio, 14 Asbury Avenue, Farmingdale, NJ 07727-1203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2020            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

**Name**                         **Email Address**

Albert Russo
                                 docs@russotrustee.com

Aleisha Candace Jennings
                                 on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@rasflaw.com

Andrew L. Spivack
                                 on behalf of Creditor DITECH FINANCIAL  LLC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise E. Carlon
                                 on behalf of Creditor DITECH FINANCIAL  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

George E Veitengruber, III
                                 on behalf of Debtor Anthony Iorio bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com

John R. Morton, Jr.
                                 on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 17, 2020 | Form ID: pdf903 | Total Noticed: 1 |

    mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor DITECH FINANCIAL  LLC. rsolarz@kmllawgroup.com

Sherri Jennifer Smith
    on behalf of Creditor DITECH FINANCIAL  LLC. ssmith@pincuslaw.com, nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10