UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51963

Morton & Craig LLC

John R. Morton, Jr., Esq.

110 Marter Avenue

Suite 301

Moorestown, NJ 08057

856-866-0100

Attorney for AmeriCredit Financial Services, Inc., dba GM Financial

**Order Filed on December 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

In Re:

ANTHONY IORIO

Case No.: 19-19208

Adv. No.:

Hearing Date: 11-17-20

Judge:  MBK

## ORDER FOR COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 22, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Anthony Iorio**
**19-19208(MBK)**
**Order for Counsel Fee**
**Page 2**

This matter having been brought on before this Court on creditor's certification of nonpayment filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., dba GM Financial, with the appearance of George Veitengruber, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1.  The debtor shall pay to AmeriCredit Financial Services, Inc., dba GM Financial through the plan, a counsel fee of $350 which shall be paid by the trustee as an administrative priority expense.